[Nos. 46633-3-II; 46636-8-II.  Division Two.  August 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL W. MILES, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY RALLS, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 13-1-01704-2, Bryan E. Chushcoff, J., entered August 29, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Lee, JJ.

[No. 46768-2-II.  Division Two.  August 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMAR MICHAEL NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-05090-8, Bryan E. Chushcoff, J., entered October 10, 2014. *Affirmed in part* and *remanded* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 47158-2-II.  Division Two.  August 16, 2016.]

SPOKANE COUNTY ET AL., *Appellants*, v. SIERRA CLUB ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-01995-4, Erik D. Price, J., entered January 9, 2015. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Melnick, J., concurred in by Worswick and Lee, JJ.